UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| William Dean Carpenter, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 0062 |
| ) | |
| U.S. Attorney General *et al.*, ) | |
| ) | |
| Respondents. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26 day of December 2007,

ORDERED that petitioner's application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice.

_____
United States District Judge